IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: March 08, 2010



_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge
_____

JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311
Telephone: (623) 939-6546
Fax: (623) 939-6718
Email: LawOffice@JoeCharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors/Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 Proceedings |
| DOUGLAS ARTHUR WEBER and ANDREA JANE WEBER, | Adversary No. 2:09-ap-01526-RJH |
| | Case No. 2:09-bk-14257-RJH |
| Debtors. | |
| DOUGLAS ARTHUR WEBER and ANDREA JANE WEBER, | **ORDER GRANTING PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT ON PLAINTIFFS' COMPLAINT** |
| Plaintiffs, vs. | |
| GMACB ASSET MANAGEMENT CORP., GMAC MORTGAGE CORPORATION, d/b/a DITECH.COM and GMAC MORTGAGE, LLC., authorized Loan Servicing Agent, Defendant; and RUSSELL BROWN, CHAPTER 13 TRUSTEE | RE: Real Property Located at 3037 W. Eagle Claw Drive Phoenix, Arizona 85086 |

THIS MATTER comes before the Court on the Complaint to determine the validity, priority or extent of a lien or other interest in property filed by the Plaintiffs, DOUGLAS ARTHUR WEBER and ANDREA JANE WEBER, against the

1

Defendants, GMACB ASSET MANAGEMENT CORP., GMAC MORTGAGE CORPORATION, d/b/a DITECH.COM and GMAC MORTGAGE, LLC., Authorized Loan Servicing Agent, and the Court finding that the Defendants were served, but failed to respond to the Alias Summons and Complaint in a timely manner, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendants, GMACB ASSET MANAGEMENT CORP., GMAC MORTGAGE CORPORATION, d/b/a DITECH.COM and GMAC MORTGAGE, LLC., Authorized Loan Servicing Agent, are declared to be in default and that the Plaintiffs are entitled to a default judgment against the Defendants.

DATED this \_\_\_\_\_ day of _____, 2010.

_____
Honorable Randolph J. Haines
United States Bankruptcy Court