```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
                                    The party obtaining this order is responsible for
                                    noticing it pursuant to Local Rule 9022-1.
```


1 | JOSEPH W. CHARLES, P.C.         Dated: March 08, 2010
2 | 5704 West Palmaire Avenue
    Post Office Box 1737
3 | Glendale, Arizona 85311-1737
    Telephone: (623) 939-6546        _____
4 | Fax: (623) 939-6718                    RANDOLPH J. HAINES
    Email: LawOffice@JoeCharles.com         U.S. Bankruptcy Judge
5
6 | JOSEPH W. CHARLES
    State Bar No. 003038
7 | Attorney for Debtors/Plaintiffs

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 Proceedings |
| DOUGLAS ARTHUR WEBER and ANDREA JANE WEBER, | Adversary No. 2:09-ap-01526-RJH |
| | Case No. 2:09-bk-14257-RJH |
| Debtors. | |
| DOUGLAS ARTHUR WEBER and ANDREA JANE WEBER, | **JUDGMENT** |
| Plaintiffs, | RE: Real Property Located at 3037 W. Eagle Claw Drive Phoenix, Arizona 85086 |
| vs. | |
| GMACB ASSET MANAGEMENT CORP., GMAC MORTGAGE CORPORATION d/b/a DITECH.COM and GMAC MORTGAGE, LLC., Authorized Loan Servicing Agent, Defendants; and RUSSELL BROWN, CHAPTER 13 TRUSTEE | |
| Defendants. | |

THE COURT having reviewed the Court file, and being duly advised in the premises,

1

IT IS ORDERED THAT Judgment is granted in favor of the Debtors/Plaintiffs.

IT IS FURTHER ORDERED THAT Defendants' lien on real property located at 3037 W. Eagle Claw Drive, Phoenix, Arizona, 85086, and legally described as follows:

> BEING LOT NUMBER 71 IN TRAMONTO PARCEL W-19 AS SHOWN IN THE RECORDED PLAT/MAP THEREOF IN BOOK 528 OF MAPS PAGE 16 OF MARICOPA COUNTY RECORDS
>
> Permanent Parcel Number: 203-26-209
> DOUGLAS A. WEBER AND ANDREA J. WEBER, HUSBAND AND WIFE
> 3037 WEST EAGLE CLAW DRIVE, PHOENIX AZ 85086
>
> First American Order No. 8701567
> Identifier: FIRST AMERICAN LENDERS ADVANTAGE

be stripped and rendered void subject to the provisions herein;

IT IS FURTHER ORDERED THAT Defendants' account #8655843529 is a general unsecured, non-priority lien;

IT IS FURTHER ORDERED THAT upon discharge of Debtors/Plaintiffs Chapter 13 proceeding, Defendants shall provide a release of lien on the real property to the Debtors within thirty (30) days of the date of the order granting discharge;

IT IS FURTHER ORDERED THAT Defendants file notice with the appropriate County Records Office of the release of said lien;

IT IS FURTHER ORDERED THAT the entire claim of Defendants shall be treated as a general unsecured claim and shall share in any unsecured proceeds;

IT IS FURTHER ORDERED THAT Defendants' lien shall remain in place until Debtors/Plaintiffs complete the Chapter 13 Plan and are granted a discharge;

IT IS FURTHER ORDERED THAT Defendants' lien shall remain in place and Defendants' debt shall remain secured should the subject property be sold or should a refinance take place prior to Plan completion and entry of Discharge;

IT IS FURTHER ORDERED THAT Defendants' lien shall remain in place and Defendants' debt shall remain secured should Debtors case be dismissed or converted to another Chapter; and

IT IS FURTHER ORDERED THAT each of the parties will bear their own costs and expenses associated with this action.

DATED this _____ day of _____, 2010.

_____
Honorable Randolph J. Haines
United States Bankruptcy Court Judge